No. 90–1065.  REAM v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 90–1067.  PAVELA v. MALONE, INDEPENDENT EXECUTOR OF THE ESTATE OF MALONE.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 90–1077.  STEPHENSON v. DeKALB COUNTY, INDIANA DEPARTMENT OF PUBLIC WELFARE.  Ct. App. Ind.  Certiorari denied.

No. 90–1084.  MAYERCHECK v. SUPREME COURT OF PENNSYLVANIA, WESTERN DISTRICT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–1095.  ARMSTRONG ET AL. v. MARATHON OIL CO.  Ct. App. Ohio, Hancock County.  Certiorari denied.

No. 90–1113.  ANDERSON v. CHRYSLER MOTORS CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1125.  DUNLAP v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 90–1175.  ABDORABEHE ET AL. v. MICHIGAN DEPARTMENT OF COMMERCE ET AL.  Ct. App. Mich.  Certiorari denied.

No. 90–1178.  OYOLA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–1190.  VAUGHAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–5806.  PARKER v. PARSONS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–6018.  DAVIS v. RONE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6128.  WORD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–6130.  RANKIN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.